Sup-0

[FILED stamp: CLERK, U.S. DISTRICT COURT, NOV 25 2008, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 08-1191-GW-21 |
|---|---|---|
| Plaintiff, | ) | ORDER OF PRETRIAL DETENTION |
| | ) | AFTER HEARING |
| v. | ) | (18 U.S.C. § 3142(i)) |
| Humberto Olvera, | ) | |
| Defendant. | ) | |

I.

This matter is before the court on defendant's application to reconsider this court's 10/15/08 order denying pretrial release and imposing detention pursuant to 18 U.S.C. § 3142(e) ("Defendant's Application").

The Government ( ) is (✓) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

II.

A. (✓) The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B. (✓) The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

III.

The Court has considered:

A. (✓) the nature and circumstances of the offense(s) charged;
B. (✓) the weight of the evidence against defendant;
C. (✓) the history and characteristics of defendant;
D. (✓) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;
E. (✓) the Pretrial Services Report/Recommendation;
F. (✓) the evidence proffered/presented at the hearing;
G. (✓) the arguments of counsel.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons and the community based on: _prior criminal record including assault with a deadly weapon conviction_

1  B.  (✓) Defendant poses a serious flight risk based on: _____
2  his history of warrants; family ties in
3  and travel to Mexico; lack of stable
4  employment; violation of prior court-ordered conditions; release and
5  C.  ( ) A serious risk exists that defendant will: poses a
6      1.  ( ) obstruct or attempt to obstruct justice; danger to
7      2.  ( ) threaten, injure or intimidate a prospective public
8          witness or juror or attempt to do so;
9  based on: _____
10 _____
11 _____
12 _____
13 D.  ( ) Defendant has not rebutted by sufficient evidence to
14     the contrary the presumption provided in 18 U.S.C.
15     § 3142(e) that no condition or combination of
16     conditions will reasonably assure the safety of any
17     other person and the community;
18     and/or
19     ( ) Defendant has not rebutted by sufficient evidence to
20     the contrary the presumption provided in 18 U.S.C.
21     § 3142(e) that no condition or combination of
22     conditions will reasonably assure the appearance of
23     defendant as required.
24     IT IS ORDERED that Defendant's Application is denied and that
25 defendant be detained prior to trial.
26     IT IS FURTHER ORDERED that defendant be committed to the custody
27 of the Attorney General for confinement to a corrections facility
28

3

separate, to the extent practicable, from persons awaiting or serving sentences or persons held in custody pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with defendant's counsel.

IT IS FURTHER ORDERED that, on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 11/25/08

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge